UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE HART JR.,

          Plaintiff,

   v.

LYNETTE LEWIS, et al.,

          Defendants.

Case No.  26-cv-03547-RFL

**ORDER DISMISSING ACTION**

Plaintiff's complaint was dismissed, with leave to amend, for failure to comply with Federal Rule of Civil Procedure 8(a).  (Dkt. No. 6.)  The time to amend has now passed and no amended complaint has been filed.  Therefore, the complaint shall remain dismissed, and the case will be closed.

    **IT IS SO ORDERED.**

Dated: June 12, 2026

_____

RITA F. LIN
United States District Judge

1